**Fill in this information to identify the case**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Mirror Trading International (PTY) Ltd

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) ___ ___ — ___ ___ ___ ___ ___ ___ ___

   ☑ Other 2019/205570/07        Describe identifier  South Africa Registration N

   For individual debtors:

   ☐ Social Security number:  xxx – xx– ___ ___ ___ ___

   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ___ ___ ___ ___

   ☐ Other _____  Describe identifier _____

3. **Name of foreign representative(s)**  Chavonnes Badenhorst St Clair Cooper

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  See attached below

5. **Nature of the foreign proceeding**

   Check one:
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor  Mirror Trading International (PTY) Ltd          Case number (if known) _____
         Name

**8. Others entitled to notice**    Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Republic of South Africa

Debtor's registered office:

43 Plein St., Unit 1, Ground Floor
Number      Street

_____
P.O. Box

Stellenbosch, Western Ca    pe        07600
City              State/Province/Region   ZIP/Postal Code

Republic of South Africa
Country

Individual debtor's habitual residence:

_____
Number     Street

_____
P.O. Box

_____
City    State/Province/Region   ZIP/Postal Code

_____
Country

Address of foreign representative(s):

Unit 1, Sir Benjamin Promenade, Oxford
Number     Street

Street
_____
P.O. Box

Durbanville, Western Cap    e
City          State/Province/Region   ZIP/Postal Code

Republic of South Africa
Country

**10. Debtor's website (URL)**    _____

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual



Debtor    Mirror Trading International (PTY) Ltd          Case number (if known)_____
          Name

12. **Why is venue proper in *this district*?**

   Check one:

   ☑ Debtor's principal place of business or principal assets in the United States are in this district.

   ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

   _____

   ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

   _____

13. **Signature of foreign representative(s)**

   I request relief in accordance with chapter 15 of title 11, United States Code.

   I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   ✗ _____    Chavonnes Badenhorst St Clair Cooper
   Signature of foreign representative      Printed name

   Executed on  01 / 31 / 2023
                MM / DD / YYYY

   ✗ _____    _____
   Signature of foreign representative      Printed name

   Executed on _____
               MM / DD / YYYY

14. **Signature of attorney**

   ✗ /s/ Gregory S. Grossman                  Date  12/08/2022
   Signature of Attorney for foreign representative    MM / DD / YYYY

   Gregory S. Grossman
   Printed name
   Sequor Law, P.A.
   Firm name
   1111 Brickell Ave., Suite 1250
   Number    Street
   Miami                                      FL         33131
   City                                       State      ZIP Code

   (305) 372-8282                             ggrossman@sequorlaw.com
   Contact phone                              Email address

   896667                                     FL
   Bar number                                 State