# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.:

MIRROR TRADING INTERNATIONAL                              Chapter 15
(PTY) LTD

      Debtor in a Foreign Proceeding.
_____/

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Chavonnes Badenhorst St Clair Cooper (the "Liquidator"), the liquidator of the bankruptcy estate of Mirror Trading International (PTY) Ltd (the "Debtor") provides the following information in conformity with Fed. R. Bankr. P. 1007(a)(4) and 7007.1:

    1.    At the time the Debtor was placed in an involuntary preliminary liquidation, no corporation owned more than 10% of the Debtor's stock.

    2.    At the time the Debtor was placed in an involuntary final liquidation, no corporation owned more than 10% of the Debtor's stock.

    3.    The Liquidator is one of six joint liquidators authorized to administer foreign proceedings of the Debtor. The Liquidator is authorized to solely administer the foreign proceedings of the Debtor. The Debtor's joint liquidators names and address in that capacity are:

        a.  Chavonnes Badenhorst St Clair Cooper
           CK Trust (Pty) Ltd
           Unit 1, Sir Benjamin Promenade, Oxford Street,
           Durbanville, Western Cape, Republic of South Africa

        b.  Jacolien Frieda Barnard
           Barn Trustees
           310 Soutpansberg Road, Rietondale,
           Pretoria, Gauteng, Republic of South Africa

    c.  Deidre Basson
       Tshwane Trust Co
       1207 Cobham Road, Queenswood,
       Pretoria, Gauteng, Republic of South Africa

    d.  Herman Bester
       Tygerberg Trustees
       First Floor, Cascade Terraces, Tyger Waterfront
       Belville, Western Cape, Republic of South Africa

    e.  Christopher James Roos
       Sebenza Trust
       Unit 2A, 42 Estcourt Avenue, Wierda Park
       Centurion, Gauteng, Republic of South Africa

    f.  Adriaan Willem van Rooyen.
       Investrust
       73 Bond Street, Sunnyside
       Pretoria, Gauteng, Republic of South Africa

4.     As of the date of this statement, the Liquidator is aware of one lawsuit pending in the United States in which the Debtor is a party: Commodity Futures Trading Commission v. Mirror Trading International Proprietary Limited and Cornelius Johannes Steynberg, Case No. 1:22-cv-635, before the United States District Court for the Western District of Texas.

5.     As of the date of this statement, the Judicial Administrator is not seeking provisional relief under § 1519 of the Bankruptcy Code.



## 28 U.S.C. § 1746 VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that the

foregoing Corporate Ownership Statement is true and correct.

Executed in _Bloemfontein_, the Republic of South
Africa on 31 January, 2023

_____
CHAVONNES BADENHORST ST CLAIR COOPER
for and on behalf of the Debtor – as Liquidator in the South
African Proceeding

Dated: January 31, 2023

Respectfully submitted,

**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By: _/s/ Raul Torrao_
Gregory S. Grossman, FBN 896667
ggrossman@sequorlaw.com
Raul Torrao, FBN 1018991
rtorrao@sequorlaw.com

**REDMOND LAW FIRM, LLC**
Christopher J. Redmond
Kansas Bar No. 7307
13220 Metcalf, Suite 310
Overland Park, Kansas 66213
Tel: (913) 379-1100
Christopher.Redmond@christopherredmondlawfirm.com

_"Pro Hac Vice Application Forthcoming"_

_Signature Page to Corporate Ownership Statement In_
_Chapter 15 Petition for Recognition of Foreign Proceeding_

3