UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MIRROR TRADING INTERNATIONAL (PTY) LTD,

Chapter 15

Case No.: 23-bk-11046

    Debtor in a Foreign Proceeding.
_____/

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Gregory S. Grossman ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice Christopher Redmond* ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for [identify all districts], and qualified to practice in this court, who proposes to act as counsel for Chavonnes Badenhorst St Clair Cooper (the "Liquidator"), as one of the duly appointed liquidators of the bankruptcy estate of Mirror Trading International (PTY) Ltd ("Client(s)") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client(s).

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client(s), unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client(s).

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client(s) in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client(s). I understand that I am required to

SEQUOR LAW, P.A.

participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client(s) and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client(s). I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client(s) and indicating Movant as local counsel for the Client(s), and for such other and further relief as may be just.

Dated: February 9, 2023

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By: */s/ Gregory S. Grossman*
Gregory S. Grossman, FBN 896667
ggrossman@sequorlaw.com
Raul Torrao, FBN 1018991
rtorrao@sequorlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
(www.flsb.uscourts.gov)

In re:

MIRROR TRADING INTERNATIONAL (PTY) LTD.

Chapter 15

Case No. 23-bk-11046

Debtor in a Foreign Proceeding
_____/

**AFFIDAVIT OF PROPOSED VISITING ATTORNEY**

I, Christopher J. Redmond, am a member in good standing of the bar of the State of Kansas. I am a member in good standing of the bar of the United States District Court for the District of Kansas, the Tenth Circuit Court of Appeals, the United States District Court for the Western District of Missouri, the Eighth Circuit Court of Appeals, the Fifth Circuit Court of Appeals and the Supreme Court of the United States, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of my clients:

Barnard, Jacolien Frieda
Basson, Deidre
Bester, Herman
Cooper, Chavonnes Badenhorst St. Clair
Roos, Christopher James
Van Rooyen, Adriann Willem

("Clients"). I designate ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

1

Dated:

                         Christopher J. Redmond
                         Redmond Law Firm LLC
                         13220 Metcalf Ave., Suite 310
                         Overland Park, KS  66213
                         Direct Dial:  913-379-1101
                         Cell Phone:  816-804-0200
                         Fax:  913-379-1109
                         christopher.redmond@christopherredmondlawfirm.com
                         Kansas Bar No. 07307

By: _____