UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                                  Chapter 11

MIRROR TRADING INTERNATIONAL           Case No.: 23−11046−PDR
(PTY) LTD,

     Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Chapter 15 Petition for Recognition of a Foreign Main Proceeding (D.E. 1), Verified Motion for Order of Recognition of Foreign Main Proceeding Pursuant to §§ 1515 and 1517 and Request for Hearing (D.E. 2), Rule 7007.1 Corporate Ownership Statement (D.E. 3), Motion to Appear Pro Hac Vice (D.E. 4), and Notice of Hearing (D.E. 5) were sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via US mail to the persons on the below service list on February 10, 2023.

                                                                    Respectfully submitted,

                                                                    SEQUOR LAW, P.A.
                                                                    1111 Brickell Avenue, Suite 1250
                                                                    Miami, Florida
                                                                    Telephone (305) 372-8282
                                                                    Facsimile (305) 372-8202
                                                                    E-Mail:     ggrossman@sequorlaw.com

                               By:      */s/ Gregory Grossman*
                                                             Gregory S. Grossman
                                                            Florida Bar No.: 896667

2

## SERVICE LIST

**Electronic Mail Notice List**

- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov

**Via regular US Mail**

The Hon. Markenzy Lapointe,
United States Attorney
Southern District of Florida
U.S. Attorney's Office
99 N.E. 4th Street, Miami, Fl. 33132

The Hon. Merrick Garland,
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-000

Chairman Rostin Behnam
Chairman of the Commodity Futures Trading Commission
Three Lafayette Centre, 1155 21st Street, NW
Washington, DC 20581

Timothy J. Mulreany
Chief Trial Attorney
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington D.C. 20581