UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MIRROR TRADING INTERNATIONAL (PTY) LTD,

  Debtor in a Foreign Proceeding.
_____/

Chapter 15

Case No.: 23-11046-PDR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Order Admitting Attorney Pro Hac Vice (D.E. 9) was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case as indicated on the Service List on February 24, 2023.

           Respectfully submitted,

           SEQUOR LAW, P.A.
           1111 Brickell Avenue, Suite 1250
           Miami, Florida 33131
           Telephone: (305) 372-8282
           Facsimile: (305) 372-8202

By: */s/ Gregory S. Grossman*
   Gregory S. Grossman, FBN 896667
   ggrossman@sequorlaw.com

SEQUOR LAW, P.A.

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who will receive via US Mail:

**Christopher J Redmond**
13220 Metcalf Ave., Suite 310
Overland Park, KS 66213