

**ORDERED in the Southern District of Florida on March 18, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MIRROR TRADING INTERNATIONAL (PTY) LTD,

Debtor in a Foreign Proceeding.
_____/

Chapter 15

Case No.: 23-11046

### ORDER DENYING MOTION TO APPEAR PRO HAC VICE

This matter came on for hearing on March 16, 2023 ("Hearing"), upon the *Motion to Appear Pro Hac Vice* [D.E. 4] ("Motion"). The Court has considered the Motion and taken note that the relief sought had already been granted by prior order. Accordingly, it is

**ORDERED** and AJUDGED that the Motion is DENIED as moot.

###

Submitted by:
Gregory S. Grossman, Esq.
SEQUOR LAW, P.A.
1111 Brickell Ave., Ste. 1250
Miami, FL 33131
Telephone: (305) 372-8282
ggrossman@sequorlaw.com

*(Gregory S. Grossman is directed to serve this Order upon all non-registered users or registered user who have yet to appear electronically in this case and file a confirming certificate of service.)*