UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                                              Chapter 11

MIRROR TRADING INTERNATIONAL                Case No.: 23−11046−PDR
(PTY) LTD,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the Order Granting Recognition of Foreign Main Proceeding Pursuant to §§ 1515 and 1517 of the Bankruptcy Code and Granting Related Relief (D.E. 11), was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via US mail to the persons on the below service list on March 21, 2023.

        Respectfully submitted,

        SEQUOR LAW, P.A.
        1111 Brickell Avenue, Suite 1250
        Miami, Florida
        Telephone (305) 372-8282
        Facsimile (305) 372-8202
        E-Mail:   ggrossman@sequorlaw.com

By:   */s/ Gregory Grossman*
        Gregory S. Grossman
        Florida Bar No.: 896667

2

## SERVICE LIST

**Electronic Mail Notice List**

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Via regular US Mail**

The Hon. Markenzy Lapointe,
United States Attorney
Southern District of Florida
U.S. Attorney's Office
99 N.E. 4th Street, Miami, Fl. 33132

The Hon. Merrick Garland,
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-000

Chairman Rostin Behnam
Chairman of the Commodity Futures Trading Commission
Three Lafayette Centre, 1155 21st Street, NW
Washington, DC 20581

Timothy J. Mulreany
Chief Trial Attorney
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington D.C. 20581